**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 02-1114**

―――――――

JOANN SAMPSON,

Plaintiff - Appellant,

versus

GLENN MANYOR, Individually and in his official
capacity as Sheriff of Robeson County; JAMES
WOODROW JACOBS, a/k/a J. W. Jacobs,
Individually and in his official capacity as a
Deputy Sheriff of Robeson County; CHARLES
TOMMY STRICKLAND, a/k/a C. T. Strickland,
Individually and in his official capacity as a
Deputy Sheriff of Robeson County,

Defendants - Appellees.

―――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, Senior
District Judge. (CA-99-51-7-F, CA-99-69-7-F)

―――――――

Submitted: July 26, 2002          Decided: September 20, 2002

―――――――

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

William L. Davis, III, Lumberton, North Carolina, for Appellant.
Mark A. Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joann Sampson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.[*] <u>Sampson v. Manyor</u>, Nos. CA-99-51-7-F; CA-99-69-7-F (E.D.N.C. Dec. 19, 2001). We grant Appellees' motion to decide this appeal on the briefs without oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We note that it is unnecessary to determine whether Defendants benefitted from Eleventh Amendment immunity as Sampson demonstrated no constitutional violation. <u>See</u> <u>Belcher v. Oliver</u>, 898 F.2d 32, 36 (4th Cir. 1990).